IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

REGINA R. TERRELL
AND ADA B. TERRELL                                              PLAINTIFFS

VS.                                                             NO. 18-574

DME EXPRESS LLC                                                 DEFENDANT

## COMPLAINT

COME NOW the plaintiffs, Regina R. Terrell and Ada B. Terrell, by and through their attorneys, and file this their complaint against the defendant, DME Express, LLC, and for cause of action would respectfully show as follows:

1. Plaintiffs are adult resident citizens of Lincoln County residing at Bogue Chitto, Mississippi, and have been such for more than six months.

2. Defendant is a limited liability corporation organized under the laws of the State of Oklahoma whose principal office and place of business is located at 5314 South Yale Avenue, Suite 420, Suite 900, Tulsa, Oklahoma 74135. Defendant is authorized to do business in the State of Mississippi and has appointed as its registered agent C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232, which may be served with process through the office of the Sheriff of Rankin County, Mississippi.

3. Plaintiffs would show that on October 12, 2015, at approximately 12:30 in the afternoon, Regina R. Terrell was operating her vehicle in a lawful manner along Siwell Road in Hinds County, Mississippi. Ada B. Terrell was a passenger in her car, riding in the rear seat on the driver's side.

4. Plaintiffs would show that as they were on approaching the exit ramp coming from I-55 onto Siwell Road, a van owned by the defendant and operated by its employee collided with the rear of plaintiffs' vehicle as it attempted to enter Siwell Road, causing extensive damage to plaintiffs' vehicle and resulting in bodily injuries to both plaintiffs.

5. Plaintiff's injuries required them to be transported by ambulance to a local hospital, where they were examined and treated. Both plaintiffs required prolonged medical care and treatment; they incurred medical expenses; and experienced pain and suffering.

6. The damage to plaintiffs' vehicle and the injuries resulting from the collision were the direct and proximate result of the negligence of defendant's driver, in that he failed to yield the right of way; was following too closely; and failed to keep a proper lookout for plaintiffs and other drivers along the roadway.

7. Plaintiffs are entitled to judgment against the defendant in an amount, to be determined by a jury, which will compensate them for all damages sustained as a result of defendant's negligence, including but not limited to past, present and future pain and suffering; past, present and future medical expenses.

WHEREFORE, PREMISES CONSIDERED, plaintiffs, Regina A. Terrell and Ada B. Terrell, demand judgment of and from DME Express LLC, in amount sufficient to compensate them for all damages sustained as a result of defendant's negligence, including but not limited to past, present and future pain and suffering; past, present and future medical expenses.

Plaintiffs request that the clerk issue summons to the defendant in the form and manner required by law, to be served upon its registered agent through the office of the Sheriff of Rankin County, Mississippi.

    Respectfully submitted:

    REGINA A. TERRELL AND
    ADA B. TERRELL, Plaintiffs

    By: _____
        Their Attorney

John H. Ott, MB 3950
Todd B. Ott, MB 99953
Ott Law Firm
P.O. Box 1684
McComb, Mississippi 39649
(601)684-6155 fax (601)249-0264
ottesq@bellsouth.net; toddbott@bellsouth.net; ottlaw1@bellsouth.net;

Gary L. Honea, MB 2601
Honea Law Firm PLLC
209 Apache Drive
McComb, Mississippi 39648
(601)250-5687 fax (601)250-5690
garylhonea@bellsouth.net

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2016)

Court Identification Docket #: 25 1 CI
Case Year: 2018
Docket Number: 574

Month/Date/Year: 10 05 18

In the **CIRCUIT** Court of **HINDS** County — **FIRST** Judicial District

**Origin of Suit:** [X] Initial Filing

**Plaintiff — Individual:** Terrell, Regina B

Address of Plaintiff: 2159 London Drive, Bogue Chitto, MS 39629
Attorney (Name & Address): Ott Law Firm, P.O. Box 1684, McComb, MS 39649
MS Bar No. 3950

Signature of Individual Filing: John T. Ott

**Defendant — Business:** DME Express LLC

**Nature of Suit:** [X] Negligence - Motor Vehicle